**Motion GRANTED.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00227 |
| | ) | Judge Trauger |
| JEFFREY SCOTT MOORE | ) | |

MOTION OF THE GOVERNMENT FOR AN
ACCEPTANCE OF RESPONSIBILITY DEDUCTION

The United States of America (the Government), by and through its undersigned attorney, hereby moves pursuant to advisory United States Sentencing Guidelines section 3E1.1(b) for an additional one (1) level deduction in defendant's offense level for his acceptance of responsibility. As reason for this motion, the Government states that defendant has assisted authorities in the prosecution of his own misconduct by timely notifying authorities of his intention to enter guilty pleas in this case.

    Respectfully submitted,

    JERRY E. MARTIN
    UNITED STATES ATTORNEY

    By: *s/Darryl A. Stewart*
        DARRYL A. STEWART
        Assistant United States Attorney
        100 Ninth Ave. South
        Suite A-961
        Nashville, Tennessee 37203
        Telephone: (615) 736-5151
        FAX: (615) 736-5323